JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARMEN RODGERS, et al., | ) | Case No.:  CV 16-4398 DSF (GJSx) |
|         Plaintiffs, | ) | |
|         v. | ) | JUDGMENT |
| JEFF SESSIONS, et al., | ) | |
|         Defendants. | ) | |
| _____ | ) | |

      The Court having granted Defendants' motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action

be dismissed with prejudice, and that Defendants recover their costs of suit

pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

      3/2/17

Dated: _____          _____
                                             Dale S. Fischer
                                        United States District Judge